Dismissed and Memorandum Opinion filed August 12, 2004









Dismissed and Memorandum Opinion filed August 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00207-CV

____________

 

LACHANDRA L.
COMICK, Appellant

 

V.

 

BANK OF
AMERICA, N.A., Appellee

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause No.
03‑54865

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 11,
2004.  The clerk=s record was filed on May 6,
2004.  There was no reporter=s record taken.  Appellant=s brief was due June 7, 2004.  No brief was filed.

On July 1, 2004, this Court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before July 16, 2004, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 12, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.